**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY TONKINSON, on behalf of himself and others similarly situated,** | ) ) ) | **Case No. 4:19-CV-00827** |
| | ) | **JUDGE BENITA Y. PEARSON** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **J.C.'S LANDSCAPING & SNOW SERVICE, LLC, et al.** | ) ) ) | |
| Defendants. | ) ) | **STIPULATED ORDER AND FINAL JUDGMENT** |

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b). Having reviewed the Joint Motion, the Settlement, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement as follows:

1.      The captioned Collective Action Complaint asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201 *et seq.* on behalf of Plaintiff.

2.      The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under §16(b) of the FLSA, 29 U.S.C. §216(b).

3.      The Court approves the Settlement and orders that it be implemented according to its terms and conditions.

4.      The Court dismisses the Complaint with prejudice in its entirety and, except for as provided in the Settlement, each party shall bear its own costs, including attorneys' fees.

5.      The Court finds there is no just reason for delay, hereby enters final judgment, and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

6.      The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

IT IS SO ORDERED.

Date:  ___October 25, 2019___          ___/s/ *Benita Y. Pearson*_____

JUDGE BENITA Y. PEARSON